IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GEORGE E. SUMMERS, )<br>          Plaintiff. )<br>          )<br>          )<br>          )<br>_____) | No. C 12-02491 EJD (PR)<br><br>ORDER OF DISMISSAL |

On May 16, 2012, Plaintiff filed a copy of a "Patient/Inmate Health Care Appeal" which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Thereafter, Plaintiff was granted two extensions of time to file a complaint, such that his last deadline to file was September 10, 2012. (Docket Nos. 6 & 8.)

The deadline has since passed, and Plaintiff has not filed a complaint. Accordingly, this case is DISMISSED without prejudice for failure to file a complaint.

DATED: 9/20/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02491Summers_dism-noncompl.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GEORGE E. SUMMERS,

    Plaintiff.

Case Number: CV12-02491 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/21/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George E. Summers C47252
Avenal State Prison
P. O. Box 9
Avenal, CA 93204

Dated: 9/21/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk