1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

IN RE GEORGE E. SUMMERS,          )          No. C 12-02491 EJD (PR)
11                                 )
            Plaintiff.             )          ORDER OF DISMISSAL
12                                 )
                                   )
13                                 )
                                   )
14                                 )
 _____   )

15

16          On May 16, 2012, Plaintiff filed a copy of a "Patient/Inmate Health Care Appeal"

17   which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42

18   U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff a notice that he must submit a

19   complaint within thirty days of the notice to avoid dismissal of the action, and provided a

20   copy of the court's form complaint.  (Docket No. 3.)  Thereafter, Plaintiff was granted

21   two extensions of time to file a complaint, such that his last deadline to file was

22   September 10, 2012.  (Docket Nos. 6 & 8.)

23          The deadline has since passed, and Plaintiff has not filed a complaint.

24   Accordingly, this case is DISMISSED without prejudice for failure to file a complaint.

25
     DATED: _____9/20/2012_____          _____
26                                           EDWARD J. DAVILA
                                             United States District Judge
27

28


Order of Dismissal
02491Summers_dism-noncompl.wpd          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE GEORGE E. SUMMERS,

        Plaintiff.

Case Number: CV12-02491 EJD

**CERTIFICATE OF SERVICE**

_____ /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/21/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


George E. Summers C47252
Avenal State Prison
P. O. Box 9
Avenal, CA 93204


Dated: _____9/21/2012_____

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk